# Cole Schotz P.C.

Brian P. Matthews
Associate
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201-525-6269
Writer's Direct Fax: 201-678-6269
Writer's E-Mail: bmatthews@coleschotz.com

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536 fax

New York
—
Delaware
—
Maryland
—
Texas
—
Florida

November 13, 2019

**Via CM/ECF Filing**

The Honorable John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
11/14/19.

Re: Scalercio-Isenberg v. Citizens Financial Group, Inc.
Case No.: 1:18-cv-09226-JGK-SDA

Dear Judge Koeltl:

I am a former associate with Reed Smith LLP ("Reed Smith"), counsel for defendants in the above-referenced matter. In July 2019, I left Reed Smith and joined the firm of Cole Schotz, P.C. ("Cole Schotz"). Cole Schotz does not represent any party to the above-referenced matter, and I have not participated in this matter since leaving Reed Smith.

Accordingly, I respectfully request that the Clerk of Court remove me from the counsel list for the above-referenced matter. In connection with this request, I ask that the Clerk of Court replace the information contained in the Attorney Roll from my prior Reed Smith information to the current Cole Schotz information contained in the above letterhead.

Per my conversation with Your Honor's Chambers, a letter motion is sufficient to effectuate this change. If a more formal order or stipulation is required, please feel free to contact my office at the number above. I thank the Court for its time and attention to this matter.

Respectfully submitted,

COLE SCHOTZ P.C.

/s/ Brian P. Matthews

Brian P. Matthews

BPM:
cc:     All Counsel of Record