```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────────
SHERRY SCALERCIO-ISENBERG,

                    Plaintiff,           18-cv-9226 (JGK)

     - against -                         ORDER

CITIZENS FINANCIAL GROUP, INC., and
BRUCE VAN SAUN,
                    Defendants.
──────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The matter is referred to the Magistrate Judge for general pretrial matters.

**SO ORDERED.**

Dated:    New York, New York
          December 23, 2019      /s/ John G. Koeltl
                                             **John G. Koeltl
                                     United States District Judge**