USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sherry Scalercio-Isenberg,

                Plaintiff,

-against-

Citizens Financial Group, Inc.,

                Defendant.

1:18-cv-09226 (JGK) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A).

The parties are directed to appear for a telephonic status conference on Monday, January 13, 2020 at 4:00 p.m. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

The Clerk of the Court is directed to mail this Order to Pro Se Plaintiff at the address indicated on the docket.

**SO ORDERED.**

DATED:      New York, New York
               December 26, 2019

_____
STEWART D. AARON
United States Magistrate Judge