UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sherry Scalercio-Isenberg,

          Plaintiff,

-against-

Citizens Financial Group, Inc.,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2020

1:18-cv-09226 (JGK) (SDA)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, February 12, 2020 at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:    New York, New York
               January 16, 2020

_____
STEWART D. AARON
United States Magistrate Judge