USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-30-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERRY SCALERCIO-ISENBERG,

               Plaintiff,      18-cv-9226 (JGK)

   - against -            ORDER

CITIZENS FINANCIAL GROUP, INC., ET AL.,

               Defendants.

JOHN G. KOELTL, District Judge:

The Court has received two filings from the plaintiff dated January 28, 2020 and January 29, 2020. Dkt. Nos. 87, 88. The motion has been completely briefed and was decided on December 23, 2019. The submissions were improper and do not change the outcome of the defendants' motion to dismiss the Second Amended Complaint.

SO ORDERED.

Dated:    New York, New York
          January 29, 2020

                                      John G. Koeltl
                                  United States District Judge

Copy mailed to pro se party(ies)
at docket address